UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURVES INTERNATIONAL, INC., a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE J. MASER, a Resident of Pennsylvania,<br><br>Defendant. | C.A. No.: 2:07-cv-00916 (DWA)<br><br>Honorable Donetta W. Ambrose, Chief Judge |

### PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the Joint Stipulation of Dismissal filed by the parties to this matter,

IT IS HEREBY ORDERED that this action is dismissed on its merits and with prejudice.

SO ORDERED:

Dated: _Oct. 10_, 2007

_[signature]_
DONETTA W. AMBROSE,
CHIEF JUDGE